IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRADLEY LANDWEHR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16-cv-00486 |
| ) | |
| CITY OF GERALD, MO, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMO TO COURT

Plaintiff will not be presenting evidence related to the case of *Pinnell v. City of Gerald, Missouri, et al.,* Case No. 4:16-CV-00691 RWS to show repetition of the wrongful conduct as a factor to be considered by the jury in awarding punitive damages.

Respectfully submitted,

PLEBAN & PETRUSKA LAW, LLC.

by:   /s/ Lynette M. Petruska
Lynette M. Petruska #41212
lpetruska@plebanlaw.com
Steven R. Kratky, #61442
skratky@plebanlaw.com
2010 S. Big Bend Blvd.
St. Louis, MO 63117
Telephone:  314-645-6666
Facsimile:  314-645-7376

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2018, a copy of the foregoing was file via the Federal Electronic filing system.

/s/ Lynette M. Petruska